Case: 69CI1:19-cv-00345-SM   Document #: 24   Filed: 04/09/2020   Page 1 of 3

## IN THE CIRCUIT COURT OF TATE COUNTY, MISSISSIPPI

**TYRIN DUKES AND**
**ZAELON WASHINGTON**                                         **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO: 19-CV-345-SMT**

**CHARLES E. STARR AND**
**GEICO EMPLOYEES INSURANCE COMPANY**             **DEFENDANTS**

**FIRST AMENDED COMPLAINT**
**JURY TRIAL REQUESTED**

*COME NOW*, PLAINTIFFS TYRIN DUKES and ZAELON WASHINGTON (hereinafter "Plaintiffs"), by and through counsel Sandra D. Marshall of Marshall Law Firm, PLLC, and files their Civil Complaint against DEFENDANTS, CHARLES E. STARR and GEICO EMPLOYEES INSURANCE COMPANY (hereinafter "Defendants") and in support thereof states as follows:

1. Plaintiff Tyrin Dukes is an adult resident citizen of Shelby County, Tennessee who formerly resided at 3853 Warrington Cove, Memphis, Tennessee 38116.

2. Plaintiff Zaelon Washington is an adult resident citizen of Desoto County, Mississippi who resides at 2872 Heather Glen Cove, Horn Lake, Mississippi 38637.

3. Defendant Charles E. Starr is an adult resident citizen of Shelby County, Tennessee who formerly resided at 1105 Hunters Lake Drive, Cordova, Tennessee 38018.

4. DEFENDANT GEICO EMPLOYEES INSURANCE COMPANY is a foreign corporation licensed to do business in the state of Mississippi and may be served through its registered agent C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. Plaintiff Zaelon Washington seeks to obtain underinsured motorist coverage under a GEICO insurance policy held by his mother and father.

Page 1 of 3


EXHIBIT B

5. This Honorable Court has *in personam* jurisdiction and subject matter jurisdiction. Venue is proper in Tate County, Mississippi pursuant to Mississippi Code Annotated § 11-11-3.

6. On or about February 1, 2019, at approximately 3:29 p.m., Plaintiff Washington, the driver, and Plaintiff Dukes, the passenger, were traveling northbound on Interstate 55 in Coldwater, Tate County, Mississippi. As the vehicle in front of Plaintiff Zaelon Washington slowed down to exit the interstate onto County Road #306, Plaintiff Washington also slowed down and was suddenly rear ended by Defendant Charles Starr.

7. Defendant Starr was traveling directly behind Plaintiff's vehicle at a high rate of speed and as a result, Defendant's vehicle forcefully and violently collided with the rear of Plaintiff's vehicle.

8. Defendant Starr breached his duty of care and is guilty of the following acts of common law negligence:

   a) Failure to keep a proper lookout;

   b) Failure to maintain proper control of the vehicle;

   c) Failure to maintain a reasonable distance and speed behind Plaintiffs' automobile.

9. As a direct and proximate result of the negligence of Defendant Starr, Plaintiffs suffered and sustained severe injuries and damages including, but not limited to, physical and emotional injuries, costs of medical treatment for such injuries, interference with college education and school activities, pain and suffering, and other incidental and consequential damages.

Case: 69CI1:19-cv-00345-SM    Document #: 24    Filed: 04/09/2020    Page 3 of 3

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs prays that this Honorable Court after convening a jury: 1) awards Plaintiffs compensatory and special damages in the amount of $250,000.00 for Plaintiff Washington and $25,000.00 for Plaintiff Dukes; 2) award all costs and attorney fees associated with this action' 3) award post-judgment on all sums awarded them at the rate of 8% interest or such interest as the law allows; and 4) award such other further relief deemed proper in the premises.

**RESPECTFULLY SUBMITTED,**

**TYRIN DUKES AND ZAELON WASHINGTON, PLAINTIFFS**

BY: _/s/ Sandra D. Marshall_

SANDRA D. MARSHALL, ATTORNEY FOR PLAINTIFFS
MBN: 10617

OF COUNSEL:

*Darnell Felton*
DARNELL FELTON
Post Office Box 1404
Clarksdale, Mississippi 38614
(662) 627-3891
MBN: 8812
darnfeltonattyatlaw@gmail.com

Case: 69CI1:19-cv-00345-SM     Document #: 24-1     Filed: 04/09/2020     Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system and previously forwarded a true and correct copy of the above and foregoing instrument via United States mail, postage prepaid, to the following:

John D. Brady
Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
*jbrady@mitchellmcnutt.com*

This the 9th day of April, 2020.

<u>SANDRA D. MARSHALL</u>