IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **TYRIN DUKES AND** | |
| **ZAELON WASHINGTON** | **PLAINTIFFS** |
| **VS.** | **NO. 3:20CV126-M-V** |
| **CHARLES E. STARR AND** | |
| **GEICO EMPLOYEES INSURANCE COMPANY** | **DEFENDANTS** |

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This cause came on before this Court for dismissal of the action against defendants Charles E. Starr and GEICO Employees Insurance Company with prejudice that resolves all issues in the case. The parties previously entered an *Amended Rule 41(a)(1)(ii) Stipulation of Dismissal Without Prejudice* [Doc. #25] related to various claims asserted. The Court has now been advised that a settlement agreement has been reached between plaintiffs Tyrin Dukes and Zaelon Washington and defendants Charles E. Starr and GEICO Employees Insurance Company.

IT IS, THEREFORE, HEREBY ORDERED and ADJUDGED that plaintiffs' First Amended Complaint [Doc. #7] and all claims against defendants Charles E. Starr and GEICO Employees Insurance Company are hereby dismissed with prejudice.

SO ORDERED this the 12th day of April, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

1227294

The Following Agree to Entry
of the Above and Foregoing Order:

s/<u>Bill Luckett</u>
*Attorney for Plaintiff Zaelon Washington*

s/<u>Mitchell O. Driskell</u>
*Attorney for Defendant Charles E. Starr*

s/<u>John D. Brady</u>
*Attorney for Defendant GEICO
Employees Insurance Company*

1227294